Approved.
/s/ Benita Y. Pearson on 12/31/2013
U.S. District Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OURPET'S COMPANY, | ) | CASE NO. 1:13-CV-1701 |
| Plaintiff, | ) ) ) | JUDGE BENITA Y. PEARSON |
| v. | ) ) | |
| WAZIR CHAND HANDICRAFTS, ET AL., | ) ) | |
| Defendants. | ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel, hereby stipulate to the dismissal with prejudice of this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party bearing its own costs and attorney fees.

Dated: Dec. 31, ~~2103~~ 2013         Respectfully submitted,

/s/ _____        /s/ John Cipolla (by consent) _____
David A. Welling (0075934) (lead counsel)    John S. Cipolla (0043614)
davidw@choken-welling.com                    jcipolla@calfee.com
C. Vincent Choken (0070530)                  CALFEE, HALTER & GRISWOLD LLP
vincec@choken-welling.com                    The Calfee Building
CHOKEN WELLING LLP                           1405 East Sixth Street
3020 West Market Street                      Cleveland, Ohio 44114
Akron, Ohio 44333                            Phone: (216) 622-8200
Tel. (330) 865-4949                          Fax: (216) 241-0816
Fax (330) 865-3777

*Counsel for the Plaintiff,*                 *Counsel for Defendants, Wazir Chand*
*OurPet's Company*                           *Handicrafts and Go Fetch LLC*

## CERTIFICATE OF SERVICE

A copy of the foregoing *Stipulated Dismissal With Prejudice* was filed electronically this 31 day of December 2013. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ [signature]
Counsel for ~~Defendants~~ Plaintiff