AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __NORTHERN DISTRICT OF OHIO__ on the following

☐ Trademarks or   ☒ Patents .  (  ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:13-cv-01701 | DATE FILED<br>8/6/2013 | U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF OHIO |
|---|---|---|
| PLAINTIFF<br>OurPet's Company | | DEFENDANT<br>Wazir Chand Handicrafts et al |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,286,589 | 10/16/2012 | Steven Tsengas |
| 2 | D565,253 | 3/25/2008 | Siddarth Modi and Steven Tsengas |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 12/31/2013 Marginal Entry Order of Case Dismissal with Prejudice, with each party bearing its own costs and attorney fees.<br>Related document 17 . Judge Benita Y. Pearson on 12/31/2013. (M,TL) (Entered: 12/31/2013) |

| CLERK<br>Geri M. Smith | (BY) DEPUTY CLERK<br>Carlene Kinsey | DATE<br>01/9/2014 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**